# NON-JUDICIAL CLAIM

*" WHEN INJUTICE BECOMES LAW, THE RESISTENCE BECOMES DUTY"- Th. Jefferson*
*"THE CONSTITUTION IS THE GUIDE WHICH I WILL NEVER ABANDON"-G. Washington.*
*" THE LAW HAS ALWAYS BEEN ON YOUR SIDE- USE IT TO BUILD A BETTER, STRONGER*
*AMERICA".*
*"COMMON LAW IS A FOUNTAIN OF JUSTICE, PERENNIAL AND PERPETUAL"-Webster.*
*"NO ONE IS ABOVE- THE- LAW" , "ALL  ARE EQUAL UNDER THE LAW".*

18CV9991



*The United  States District Court Southern District of*
*New York*

# 18CV9991

x

Elena  Strujan

*Plaintiff/Claimant,*

*v.*

**AMERICAN ONLINE INC. - A FICTION;**
**APPLE  STORE FIFTH AVENUE - A FICTION,**
**UNITED STATES POSTAL SERVICES- A FICTION;**
**ALL OTHERS UNLISTED, BOTH KNOWN**
**AND UNKNOWN.**
*WRONGDOERS/DEFENDANTS*

x

**DOCKET:**

**MISCELLANEOUS**
**NON-JUDICIAL CASE**
**COVER  SHEET**



# NON-JUDICIAL CLAIM

| No; | NAME | |
|---|---|---|
| 1 | **DESCRIPTION OF THE CASE** | Discrimination under color of law. American Jurisprudence Constitutional Law &326. Free Justice and open Courts.  Magna Carta-Remedies for all Injury. RES IPSA LOQUITUR and MALA IN SE. |
| 2 | **THE CASE WAS PREVIOUSLY OPENED IN THIS COURT** | Docket No: 1:17cv 0180 |
| 3 | **JUDGE, MAGISTRATE** | **HENRY B. PITMAN** |
| 4 | **DECISION:** | DISMISED |
| 5 | **NATURE OF CASE** | ***NON JUDICIAL CLAIM, DEFAULT JUDGMENT*** |
| 6 | **CLAIMANT'S ADDRESS:** | Elena Strujan, MAILING ADDERESS: P.O. Box 20632, New York, N.Y., [10075], USA 646-234-2421. Estrujan2016@gmail.com, Elane 23@aol.com |
| 7 | **DEFENDANTS' ADDRESS:** | 1.   **AMERICAN ONLINE INC**-770 Broadway, NY., NY., 10003<br>2.**APPLE STORE FIFTH AVENUE,** 767 Fifth Avenue, N,Y, N.Y.,  10153<br>3.   **UNITED STATES POSTAL SERVICES** Cherokee Post Office, 1483, York Avenue, N.Y.,  N. Y., 10075. |
| 8 | **DEFENDANT(S) ADDDRESS UNKNOWN** | Representation is hereby made that, at this time, I have been unable, with reasonable diligence, to ascertain the residence addresses of the following Defendants:  **ALL OTHERS UNLISTED, BOTH KNOWN AND UNKNOWN.** |
| 9 | **I PRESENT MYSELF AS:** | ATTORNATUS PRIVATUS, Sui Juris, NOT A COOEPORATION or ENS LEGIS ENTITY. |
| 10 | **THIS ACTION SHOULD BE ASSIGNED TO:** | MANHATTAN |

I say here, and I will verify in open Court if necessary that all herein be true.
I will do My best, and God will do the rest. I Reserve ALL Natural God-Given
Indefeasible Birthrights, Waiving None, Ever UCC1-308, UCC 1-103.6.

"BENEATH THE SHADOW OF WINGS, O LORD"
"THE LORD HAS ALWAYS BEEN ON YOUR SIDE- USE IT
TO BUIL' A BETTER, STRONGER AMERICA"
I Women of Flesh and Blood, UCC 1-308, UCC 1-103.6
"OBEY THE CONSTITUTION"

Attested Autograph by My Hand and Seal

Elena Strujan- Petitioner, a common  woman
Sui Juris, Under Duress, Attornatus Privatus.

6592
10/29/18

**RUBY J. KRAJICK,** Clerk of Court_____     Dated_____